UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| RONALD SLANEC | Chapter 7 |
| KIMBERLY SLANEC | Case No. 05-83079-TJT |
| | Honorable Thomas J. Tucker |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Michael C. Hechtman, P.C.<br>2242 S. Telegraph, Ste. 203<br>Bloomfield Hills, MI 48302 | 15 | $17.32 |

Dated: September 14, 2010

/s/ Charles L. Wells, III
Chapter 7 Trustee
903 N. Opdyke, Ste. A1
Auburn Hills, MI 48326
248-276-0285
7trusteewells@sbcglobal.net